IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOAQUIN GONZALEZ, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-164 (MTT) |
| BUTTS COUNTY, GEORGIA, *et al.*, | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

The Plaintiff applied to this Court for entry of a default judgment against Defendant Guardian of B. Washington/Angie Washington. (Doc. 12 and Doc 20). The complaint was filed April 22, 2010, and the summons and complaint were duly served on Defendant Washington on May 10, 2010.[1] (Doc. 10). Defendant Washington has not filed an answer.

Default having been entered by the Clerk of this Court, and no action having been taken by Defendant Washington since default was entered, it is hereby **ordered** that judgment by default be granted to the Plaintiff against Defendant Guardian of B. Washington/Angie Washington on the issue of liability for all claims against her in this action. The Court reserves determination of the amount of damages until after hearing evidence with respect thereto.

---

[1] Proof of service was not filed with the Court until September 7, 2010.

**SO ORDERED,** this 11th day of May, 2011.

<pre>                              S/ Marc T. Treadwell
                              MARC T. TREADWELL, JUDGE
                              UNITED STATES DISTRICT COURT</pre>